JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KWOK LEUNG, | ) | No. EDCV 15-2349-PA (AGR) |
| Petitioner, | ) ) | |
| v. | ) ) | JUDGMENT |
| LYNCH, et al., | ) ) | |
| Respondents. | ) ) | |

Pursuant to the Order on Petition for Writ of Habeas Corpus,

IT IS ADJUDGED that the Petition is denied as moot.

DATED: February 22, 2016

_____
PERCY ANDERSON
United States District Judge